**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CN and MN on behalf of EN,

                Plaintiffs,                19 **CIVIL** 6793 (CS)

        -against-                      **JUDGMENT**

KATONAH LEWISBORO SCHOOL DISTRICT,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 21, 2020, and because the SRO appropriately found that the District offered EN a FAPE, Plaintiffs' motion for summary judgment is denied and Defendant's motion for summary judgment is granted.  Judgment is entered for Defendant; accordingly, the case is closed.

**Dated:**  New York, New York
          December 21, 2020

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                        **BY:**      *K. Mango*
                                                      **Deputy Clerk**